**FILED**
FEB 2 0 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
FEB 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CR 08-0028 DLJ

ORIGINAL FILED
JAN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED 2008 JAN 23 PM 3:43
PROBATION OFFICE
NORTHERN DIST. CALIF.
OAKLAND

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER** (Tran. Court) | 0972 2:04CR00218-01 |
| **DOCKET NUMBER** (Rec. Court) | |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Josiah Elliott Marquez<br>San Geronimo, California (City/State only) | Eastern District of California | Northern |

**NAME OF SENTENCING JUDGE**
Hon. Morrison C. England, Jr.
United States District Judge

| DATES OF SUPERVISED RELEASE: | FROM 07/27/2007 | TO 07/26/2011 |
|---|---|---|

**OFFENSE**  21 USC 846, 841(a)(1) - Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute Marijuana (Class B Felony)

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10.17.2007
Date

_____
United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/31/07
Effective Date

_____
United States District Judge

**CC:**  United States Attorney
FLU Unit-United States Attorney's Office
Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
```

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 2-21-08

ORIGINAL FILED
NOV [illegible]
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S-04-218 MCE |
| ) | |
| Plaintiff, ) | VIOLATIONS: 21 U.S.C. §§ 846 and |
| ) | 841(a)(1) - Conspiracy to |
| v. ) | Manufacture, Distribute, and |
| ) | Possess with Intent to |
| JOSIAH ELLIOT MARQUEZ, ) | Distribute Marijuana; 21 U.S.C. |
|    aka Joe Marquez; ) | § 856 - Maintaining a Place for |
| CARRIE MARIE SULAK; ) | Purpose of Manufacture of |
| NATHAN JOHN McALLISTER; and ) | Marijuana (2 Counts); 21 U.S.C. |
| JOSEPH WILLIAM McALLISTER ) | § 841(a)(1) - Possession of |
| ) | Marijuana with Intent to |
| Defendants. ) | Distribute (2 Counts) |
| ) | |

S U P E R S E D I N G   I N D I C T M E N T

COUNT ONE:   [21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute Marijuana]

The Grand Jury charges:  T H A T

JOSIAH ELLIOT MARQUEZ,
aka Joe Marquez;
CARRIE MARIE SULAK;
NATHAN JOHN McALLISTER; and
JOSEPH WILLIAM McALLISTER,

defendants herein, beginning at a time unknown to the Grand Jury, but no later than on or about May 4, 2004, and continuing thereafter to on or about May 4, 2004, in Nevada County, State

1

1  and Eastern District of California, and elsewhere, did knowingly
2  and intentionally conspire with each other and with other persons
3  unknown to the Grand Jury, to manufacture, distribute, and
4  possess with intent to distribute at least 100 marijuana plants,
5  a Schedule I controlled substance, in violation of Title 21,
6  United States Code, Sections 846 and 841(a)(1).
7  COUNT TWO:   [21 U.S.C. § 856 - Maintaining a Place For the
               Purpose of Manufacturing, Storing, and
8              Distributing Marijuana]
9     The Grand Jury further charges:  T H A T
10                JOSIAH ELLIOT MARQUEZ,
                    aka Joe Marquez;
11              CARRIE MARIE SULAK; and
              JOSEPH WILLIAM McALLISTER,
12
13 defendants herein, on or about May 4, 2004, in the County of
14 Nevada, State and Eastern District of California, to wit: at
15 14873 Donnington Lane, Truckee, California, did knowingly
16 maintain a place for the purpose of manufacturing, storing, and
17 distributing marijuana, a Schedule I controlled substance, in
18 violation of Title 21, United States Code, Section 856.
19 COUNT THREE:  [21 U.S.C. § 841(a)(1) - Possession with Intent to
               Distribute Marijuana]
20
21    The Grand Jury further charges: T H A T
22                CARRIE MARIE SULAK,
23 defendant herein, on or about May 4, 2004, in the County of
24 Nevada, State and Eastern District of California, to wit: at
25 14873 Donnington Lane, Truckee, California, did knowingly and
26 intentionally possess with intent to distribute at least 50
27 marijuana plants, a Schedule I controlled substance, in violation
28 of Title 21, United States Code, Section 841(a)(1).

2

COUNT FOUR: [21 U.S.C. § 856 - Maintaining a Place For the Purpose of Manufacturing, Storing, and Distributing Marijuana]

The Grand Jury further charges: T H A T

    JOSIAH ELLIOT MARQUEZ,
    aka Joe Marquez; and
    NATHAN JOHN McALLISTER,

defendants herein, on or about May 4, 2004, in the County of El Dorado, State and Eastern District of California, to wit: at 9170 Scenic Drive, Meeks Bay, California, did knowingly maintain a place for the purpose of manufacturing, storing, and distributing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 856.

COUNT FIVE: [21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Marijuana]

The Grand Jury further charges: T H A T

    JOSIAH ELLIOT MARQUEZ,
    aka Joe Marquez; and
    NATHAN JOHN McALLISTER,

defendants herein, on or about May 4, 2004, in the County of El Dorado, State and Eastern District of California, to wit: at 9170 Scenic Drive, Meeks Bay, California, did knowingly and intentionally possess with intent to distribute at least 100 marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## SENTENCING ALLEGATIONS

With respect to Count One of this Superseding Indictment, defendant JOSIAH ELLIOT MARQUEZ was an organizer or leader of a criminal activity that involved five or more participants or was otherwise extensive;

With respect to Count One of this Superseding Indictment,

3

1 | the offense involved at least 200 marijuana plants;
2 |     With respect to Counts Two and Three of this Superseding
3 | Indictment, the offenses involved at least 50 marijuana plants;
4 | and
5 |     With respect to Counts Four and Five of this Superseding
6 | Indictment, the offenses involved at least 200 marijuana plants.

                                        A TRUE BILL.

                                        FOREPERSON

*/s/ MWS*
McGREGOR W. SCOTT
United States Attorney

# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| **JOSIAH ELLIOT MARQUEZ** | Case Number: **2:04CR00218-001** |

Tim Warriner
1725 Capitol Avenue
Sacramento, CA 95814
Defendant's Attorney



JAN 27 2006

ERK, U.S. DISTRICT COURT
RN DISTRICT OF CALIFORN:
DEPUTY CLERK

**THE DEFENDANT:**

[✓] pleaded guilty to count: 1 of the Superseding Indictment.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 846, 841(a)(1) | Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute Marijuana | 05/04/2004 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✓] Counts 2 and 5 of the Superseding Indictment are dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[✓] Appeal rights given.      [✓] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/17/2006
Date of Imposition of Judgment

Signature of Judicial Officer

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By_____
Deputy Clerk
Dated 2-21-08

**MORRISON C. ENGLAND, JR.**, United States District Judge
Name & Title of Judicial Officer

January 27, 2006
Date

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 2:04CR00218-001 | Judgment - Page 2 of 6 |
| DEFENDANT: JOSIAH ELLIOT MARQUEZ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months .

[✔] The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in Sheridan, Oregon, but only insofar as this accords with security classification and space availability. The Court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervised Release

CASE NUMBER:      2:04CR00218-001                                                         Judgment - Page 3 of 6
DEFENDANT:        JOSIAH ELLIOT MARQUEZ

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 48 months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✓]   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✓]   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervised Release

CASE NUMBER:      2:04CR00218-001
DEFENDANT:        JOSIAH ELLIOT MARQUEZ

Judgment - Page 4 of 6

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall provide the probation officer with access to any requested financial information.

3. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

4. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

5. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

6. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

7. The defendant shall register, as required in the jurisdiction in which he resides, as a drug offender.

8. The defendant shall submit to the collection of DNA as directed by the probation officer.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties

CASE NUMBER:     2:04CR00218-001                                                    Judgment - Page 5 of 6
DEFENDANT:       JOSIAH ELLIOT MARQUEZ

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100 | $ | $ |

[ ]  The determination of restitution is deferred until __. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS: | $ __ | $ __ | |

[ ]  Restitution amount ordered pursuant to plea agreement $ __

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived for the     [ ] fine     [ ] restitution

    [ ] The interest requirement for the     [ ] fine   [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments

CASE NUMBER:     2:04CR00218-001  
DEFENDANT:       JOSIAH ELLIOT MARQUEZ

Judgment - Page 6 of 6

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  [ ] Lump sum payment of $ __ due immediately, balance due

    [ ]   not later than __ , or  
    [ ]   in accordance with     [ ] C,   [ ] D,   [ ] E, or      [ ] F below; or

B  [✓] Payment to begin immediately (may be combined with   [ ] C,   [ ] D, or [ ] F below); or

C  [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ] Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-00218-MCE-1
## Internal Use Only

Case title: USA v. Marquez, et al

Date Filed: 06/03/2004
Date Terminated: 01/17/2006

Assigned to: Judge Morrison C. England, Jr

### Defendant (1)

**Josiah Elliot Marquez**
*TERMINATED: 01/17/2006*
also known as
Joe Marquez
*TERMINATED: 01/17/2006*

represented by **Timothy E. Warriner**
Law Office of Timothy E. Warriner
813 6th Street
Suite 450
Sacramento, CA 95814
(916) 443-7141
Fax: (916) 441-0970
Email: tew@warrinerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

21:846=MD.F AND 21:841(A)(1)
CONSPIRACY TO
MANUFACTURE,
DISTRIBUTE, AND POSSESS
WITH INTENT TO
DISTRIBUTE MARIJUANA
(1s)

### Disposition

36 months imprisonment with recommendation to Sheridan, OR and a 500-hour drug program; 48 months TSR; $100 S/A; Fine Waived

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 2-21-08

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
| --- | --- |
| 21:846=MD.F CONSPIRACY TO MANUFACTURE DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA (1) | DISMISSED |
| 21:856=MM.F MAINTANING A PLACE FOR THE PURPOSE OF MANUFACTURING AND DISTRIBUTING MARIJUANA (2) | DISMISSED |
| 21:856=MM.F MAINTAINING A PLACE FOR THE PRUPOSE OF MANUFACTURING, STORNING, AND DISTRIBUTING MARIJUANA (2s) | DISMISSED |
| 21:841B=MD.F POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA (4) | DISMISSED |
| 21:856=MM.F MAINTAINING A PLACE FOR THE PURPOSE OF MANUFACTURING, STORING, AND DISTRIBUTING MARIJUANA (4s) | DISMISSED |
| 21:856=MM.F MAINTAINING A PLACE FOR THE PURPOSE OF MANUFACTURING AND DISTRIBUTING MARIJUANA (5) | DISMISSED |
| 21:841A=MD.F POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA (5s) | DISMISSED |

**Highest Offense Level**

**(Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Philip A Ferrari**<br>United States Attorney<br>501 I Street<br>Suite 10-100<br>Sacramento, CA 95814<br>916-554-2700<br>Email: philip.ferrari@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2004 | 1 | INDICTMENT by US Attorney Philip A Ferrari Counts filed against Carrie Marie Sulak (2) count(s) 1, 2, 3, Josiah Elliot Marquez (3) count(s) 1, 2, 4, 5 (hk) (Entered: 06/04/2004) |
| 06/03/2004 | | ARREST Warrant issued for Josiah Elliot Marquez by Magistrate Judge Gregory G. Hollows at NO BAIL (hk) (Entered: 06/04/2004) |
| 07/14/2004 | 7 | STIPULATION AND ORDER by Judge Morrison C. England Jr trial conf hrg and jury trial as to defendant Carrie Marie Sulak VACATED; status hearing set for 8:30 8/3/04 for Carrie Marie Sulak , T4 started for Carrie Marie Sulak, Josiah Elliot Marquez start date: 7/14/04 end date: 8/3/04 (cc: all counsel) - (hk) (Entered: 07/14/2004) |
| 09/01/2004 | | LODGED Stipulation & Order vacating and resetting Status Conference for 10/5/04 (mm1) (Entered: 09/02/2004) |
| 09/08/2004 | 10 | STIPULATION AND ORDER by Judge Morrison C. England Jr status hearing reset for 8:30 10/5/04 for Carrie Marie Sulak , T4 started for all dfts start date: 9/8/04 end date: 10/5/04 (cc: all counsel) - (hk) (Entered: 09/08/2004) |

| | | |
|---|---|---|
| 10/08/2004 | 11 | STIPULATION AND ORDER by Judge Morrison C. England Jr status hearing reset for 8:30 11/23/04 for Carrie Marie Sulak , T4 started for Carrie Marie Sulak, Josiah Elliot Marquez start date: 10/8/04 end date: 11/23/04 (cc: all counsel) - (hk) (Entered: 10/08/2004) |
| 11/18/2004 | 12 | SUPERSEDING indictment as to Josiah Elliot Marquez (1) count(s) 1s, 2s, 4s, 5s, Carrie Marie Sulak (2) count(s) 1s, 2s, 3s, Nathan John McAllister (3) count(s) 1, 4, 5, Joseph William McAllister (4) count(s) 1, 2 (nac) (Entered: 11/19/2004) |
| 11/18/2004 | | ARREST Warrant issued for Josiah Elliot Marquez, Nathan John McAllister, Joseph William McAllister by Magistrate Judge Kimberly J. Mueller; NO BAIL (nac) (Entered: 11/19/2004) |
| 11/22/2004 | 13 | ARREST Warrant returned unexecuted for Josiah Elliot Marquez (hk) (Entered: 11/23/2004) |
| 11/24/2004 | 14 | STIPULATION AND ORDER by Judge Morrison C. England Jr status hearing reset for 8:30 1/4/05 for Carrie Marie Sulak , T4 started for all dfts start date: 11/24/04 end date: 1/4/05 (cc: all counsel) - (hk) (Entered: 11/24/2004) |
| 12/29/2004 | 27 | CJA FORM 20 COPY 4 (Appointment of Counsel) atty Haltom appointed for dft Nathan McAllister (hk) (Entered: 12/29/2004) |
| 02/04/2005 | 30 | STIPULATION and PROPOSED ORDER to continue status conference to 3/8/05 by USA as to Carrie Marie Sulak, Josiah Elliot Marquez, Nathan John McAllister, Joseph William McAllister. (Ferrari, Philip) (Entered: 02/04/2005) |
| 02/07/2005 | 31 | ORDER granting stipulation and proposed order as to Carrie Marie Sulak, Josiah Elliot Marquez, Nathan John McAllister, Joseph William McAllister re 30 Status Conference of 2/8/05 is vacated and reset for 3/8/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. signed by Judge Morrison C. England Jr. on 02/07/05. (Souvannarath, A) (Entered: 02/07/2005) |
| 03/07/2005 | 34 | STIPULATION *between USA and defendants Nathan and Joseph McAllister continuing status conference from March 8 to April 12, 2005* by USA (Ferrari, Philip) (Entered: 03/07/2005) |

| | | |
|---|---|---|
| 03/30/2005 | 39 | MINUTES for proceedings held before Judge Kimberly J. Mueller: ARRAIGNMENT as to Josiah Elliot Marquez (1) Count 1,1s,2,2s,4,4s,5,5s held on 3/30/2005. INITIAL APPEARANCE as to Josiah Elliot Marquez held on 3/30/2005. Added attorney Timothy E Warriner for Josiah Elliot Marquez. Counsel appointed. Plea entered by Josiah Elliot Marquez (1) Count 1,1s,2,2s,4,4s,5,5s by Josiah Elliot Marquez Not Guilty on counts 1-5. Jury trial requested. Government moves for detention; submitted; defendant ordered detained. Status Conference set for 4/12/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.. Government Counsel Phil Ferrari present. Defense Counsel Tim Warriner present. Custody Status: in custody. Court Reporter/CD Number: CD #1. (Farnsworth, C) (Entered: 03/30/2005) |
| 03/30/2005 | 40 | DETENTION ORDER as to Josiah Elliot Marquez signed by Judge Kimberly J. Mueller on 3/30/05. (Farnsworth, C) (Entered: 03/30/2005) |
| 03/31/2005 | 41 | DETENTION ORDER as to Josiah Elliot Marquez, signed by Judge Kimberly J. Mueller on 3/30/05. (Kastilahn, A) (Entered: 03/31/2005) |
| 03/31/2005 | 42 | ARREST WARRANT RETURNED Executed on 3/29/05 as to Josiah Elliot Marquez. (Krueger, M) (Entered: 04/01/2005) |
| 04/12/2005 | 43 | MINUTES for proceedings held before Judge Morrison C. England Jr.:STATUS CONFERENCE as to Josiah Elliot Marquez, Nathan John McAllister, Joseph William McAllister held on 4/12/2005. T4 Start: 4/12/05 Stop: 5/24/05 Atty. Tim Warriner advises he's new to the case and requests for further status for 5/24/05, joined by all dfts. No objections by the Govt. It's so ordered. Status Conference set for 5/24/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. Government Counsel Phil Ferrari present. Defense Counsel Tim Warriner for dft Marquez; William Portanova for dft J. McAllister; Tim Warriner for Victor Haltom for dft N. McAllister present. Custody Status: All dfts are present. Dft Marquez is in custody.. Court Reporter: Diane Shepard. (Souvannarath, A) (Entered: 04/12/2005) |
| 05/06/2005 | 48 | (Court only) CJA 23 FINANCIAL AFFIDAVIT by Josiah Elliot Marquez. (Krueger, M) (Entered: 05/09/2005) |

| | | |
|---|---|---|
| 05/06/2005 | 49 | CJA 20 signed by Judge Kimberly J. Mueller on 05/06/05 as to Josiah Elliot Marquez: Appointment of Attorney Timothy E Warriner for Josiah Elliot Marquez. (Carlos, K) (Entered: 05/09/2005) |
| 05/24/2005 | 54 | MINUTES for proceedings held before Judge Morrison C. England Jr.:STATUS CONFERENCE as to Josiah Elliot Marquez, Nathan John McAllister, Joseph William McAllister held on 5/24/2005. T4 Start: 5/24/05 Stop: 6/14/05. Parties request for further status. Court orders further status Conference set for 6/14/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.Government Counsel Phil Ferrari present. Defense Counsel Timothy Warriner for dft J. Marquez; William Portanova for dft J. McAllister; Victor Haltom for dft N. McAllister present. Custody Status: Dfts Marquez and Nathan McAllister are in custody. Dft Joseph McAllister is not in custody. All dfts are present. Court Reporter: Diane Shepard. (Souvannarath, A) (Entered: 05/25/2005) |
| 06/14/2005 | 58 | MINUTES for proceedings held before Judge Morrison C. England Jr.:CHANGE of PLEA HEARING as to Josiah Elliot Marquez held on 6/14/2005. Dft is sworn. Dft waives his constitutional rights, the right to collaterally attack or appeal the sentence this Court may impose. Dft enters guilty plea to Count 1 of SS Indictment. Appeal rights given. Presentence Report is ordered. GUILTY PLEA ENTERED by Josiah Elliot Marquez (1) Guilty Count 1s. Judgment and Sentencing set for 8/23/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.Government Counsel Phil Ferrari present. Defense Counsel Timothy Warriner present. Custody Status: Dft is present; in custody. Court Reporter: Diane Shepard. (Souvannarath, A) (Entered: 06/14/2005) |
| 06/14/2005 | 59 | PLEA AGREEMENT as to Josiah Elliot Marquez. (Krueger, M) (Entered: 06/15/2005) |
| 06/15/2005 | 60 | SCHEDULE of DISCLOSURE for PSR as to Josiah Elliot Marquez. Plea Date: *6/14/05* Sentencing Date: *8/23/05* ** Correction Date: *8/16/05* Report Date: *8/9/05* Objection Date: *8/2/05* Proposed Date: *7/19/05* Copies: *AUSA - Defense Counsel - USPO* (Souvannarath, A) (Entered: 06/15/2005) |
| 06/28/2005 | | (Court only) TERMINATE DEADLINES and HEARINGS as |

| | | |
|---|---|---|
| | | to Carrie Marie Sulak, Josiah Elliot Marquez, Nathan John McAllister, Joseph William McAllister: (Souvannarath, A) (Entered: 06/28/2005) |
| 08/11/2005 | 69 | STIPULATION and PROPOSED ORDER (Warriner, Timothy) (Entered: 08/11/2005) |
| 08/22/2005 | 70 | ORDER granting stipulation and proposed order as to Josiah Elliot Marquez re 69 Stipulation and Proposed Order (CR) filed by Josiah Elliot Marquez. The judgment and sentencing date of 8/23/05 is vacated and reset for 9/27/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. signed by Judge Morrison C. England Jr. on 8/19/05. (Souvannarath, A) (Entered: 08/22/2005) |
| 09/19/2005 | 75 | MEMORANDUM by Josiah Elliot Marquez, Nathan John McAllister, USA *continuing hearings on Judgment and Sentencing to October 11, 2005* (Ferrari, Philip) (Entered: 09/19/2005) |
| 09/19/2005 | | (Court only) RESET HEARINGS as to Josiah Elliot Marquez: Sentencing RESET for 10/11/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. (Krueger, M) (Entered: 09/21/2005) |
| 10/09/2005 | 77 | STIPULATION and PROPOSED ORDER that the J & S be rescheduled by Nathan John McAllister (Attachments: # 1 Proposed Order)(Haltom, Victor) Modified on 10/11/2005 (Reader, L). (Entered: 10/09/2005) |
| 10/14/2005 | 79 | ORDER granting stipulation and proposed order as to Josiah Elliot Marquez, Nathan John McAllister re 77 Stipulation and Proposed Order (CR) filed by Nathan John McAllister. The Judgment and Sentencing of 10/11/05 is vacated and reset for 1/17/2006 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr. signed by Judge Morrison C. England Jr. on 10/12/05. (Souvannarath, A) (Entered: 10/14/2005) |
| 01/17/2006 | 94 | MINUTES for proceedings held before Judge Morrison C. England Jr.: SENTENCING held on 1/17/2006 for Josiah Elliot Marquez (1). Dft Sentenced on Count 1s to 36 months imprisonment with recommendation to Sheridan, OR and a 500-hour drug program; 48 months TSR; $100 S/A; Fine Waived. Appeal rights given and waived. Motion for 5k.1 is Granted and is Order Sealed. Counts 1, 2, 2s, 4, 4s, 5, 5s, DISMISSED. DEFENDANT TERMINATED. Government |

|  |  | Counsel Phil Ferrari present. Defense Counsel Timothy Warriner present. Custody Status: In Custody. Court Reporter: Diane Shepard. (Krueger, M) (Entered: 01/17/2006) |
|---|---|---|
| 01/17/2006 | 96 | SEALED EVENT (Krueger, M) (Entered: 01/18/2006) |
| 01/27/2006 | 98 | JUDGMENT and COMMITMENT as to Josiah Elliot Marquez signed by Judge Morrison C. England Jr. on 1/27/06. (Caspar, M) (Entered: 01/30/2006) |
| 04/18/2006 | 111 | JUDGMENT RETURNED EXECUTED as to Josiah Elliot Marquez on 3/29/06. (Krueger, M) (Entered: 04/19/2006) |
| 02/20/2008 | 116 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to Northern District of California as to Josiah Elliot Marquez signed by Judge Morrison C. England, Jr on 10/17/07. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Kaminski, H) (Entered: 02/21/2008) |